**COMPLETE NURSING SERVICES, INC.**                                                              020140

00-0000443 ROGERS, D                   ***-**-7966        6.250 HR   09/01/05    020140
EMP. NO./DEPT.   EMPLOYEE NAME         SOCIAL SECURITY NO.  PERIOD BEG.  PERIOD END.   CHECK NO.

| EARNINGS | HRS./UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Regular | 25.00 | 162.50 | 487.50 | Federal W/H | .00 | 18.17 |
|  |  |  |  | FICA | 10.08 | 30.23 |
|  |  |  |  | MEDICARE | 2.36 | 7.07 |
|  |  |  |  | AL State W/H | 4.38 | 14.36 |

| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | YTD EARNINGS | YTD DEDUCTIONS | YTD NET PAY |
|---|---|---|---|---|---|---|
|  | 162.50 | 145.68 | 487.50 |  | 16.82 | 69.83 |

---

**COMPLETE NURSING SERVICES, INC.**                                                              020220

00-0000443 ROGERS, D                   ***-**-7966        6.250 HR   09/15/05    020220
EMP. NO./DEPT.   EMPLOYEE NAME         SOCIAL SECURITY NO.  PERIOD BEG.  PERIOD END.   CHECK NO.

| EARNINGS | HRS./UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Regular | 25.00 | 162.50 | 650.00 | Federal W/H | .00 | 18.17 |
|  |  |  |  | FICA | 10.08 | 40.31 |
|  |  |  |  | MEDICARE | 2.36 | 9.43 |
|  |  |  |  | AL State W/H | 4.38 | 18.74 |

| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | YTD EARNINGS | YTD DEDUCTIONS | YTD NET PAY |
|---|---|---|---|---|---|---|
|  | 162.50 | 145.68 | 650.00 |  | 16.82 | 86.65 |

**COMPLETE NURSING SERVICES, INC.** 020304

| EMP. NO./DEPT. | EMPLOYEE NAME | SOCIAL SECURITY NO. | PERIOD BEG. | PERIOD END. | CHECK NO. |
|---|---|---|---|---|---|
| 00-0000443 | ROGERS, D | ███-7966 | 6.250 HR | 09/29/05 | 020304 |

| EARNINGS | HRS./UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Regular | 50.00 | 325.00 | 975.00 | Federal W/H | 18.17 | 36.34 |
| | | | | FICA | 20.15 | 60.46 |
| | | | | MEDICARE | 4.71 | 14.14 |
| | | | | AL State W/H | 9.98 | 28.72 |

| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y T D EARNINGS | Y T D DEDUCTIONS | Y T D NET PAY |
|---|---|---|---|---|---|---|
| | 325.00 | 271.99 | 975.00 | | 53.01 | 139.66 |

---

**COMPLETE NURSING SERVICES, INC.** 020388

| EMP. NO./DEPT. | EMPLOYEE NAME | SOCIAL SECURITY NO. | PERIOD BEG. | PERIOD END. | CHECK NO. |
|---|---|---|---|---|---|
| 00-0000443 | ROGERS, D | ███-7966 | 6.250 HR | 10/13/05 | 020388 |

| EARNINGS | HRS./UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Regular | 50.00 | 325.00 | 1,300.00 | Federal W/H | 18.17 | 54.51 |
| | | | | FICA | 20.15 | 80.61 |
| | | | | MEDICARE | 4.71 | 18.85 |
| | | | | AL State W/H | 9.98 | 38.70 |

| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y T D EARNINGS | Y T D DEDUCTIONS | Y T D NET PAY |
|---|---|---|---|---|---|---|
| | 325.00 | 271.99 | 1,300.00 | | 53.01 | 192.67 |

**COMPLETE NURSING SERVICES, INC.**
# 020472

| EMP. NO./DEPT. | EMPLOYEE NAME | SOCIAL SECURITY NO. | PERIOD BEG. | PERIOD END. | CHECK NO. |
|---|---|---|---|---|---|
| 00-0000443 | ROGERS, D | ###-##-7966 | 6.250 HR | 10/27/05 | 020472 |

| EARNINGS | HRS./UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Regular | 50.00 | 325.00 | 1,625.00 | Federal W/H | 18.17 | 72.68 |
| | | | | FICA | 20.15 | 100.76 |
| | | | | MEDICARE | 4.71 | 23.56 |
| | | | | AL State W/H | 9.98 | 48.68 |

| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y T D EARNINGS | Y T D DEDUCTIONS | Y T D NET PAY |
|---|---|---|---|---|---|---|
| | 325.00 | 53.01 | 271.99 | 1,625.00 | 245.68 |  |

---

**COMPLETE NURSING SERVICES, INC.**
# 020558

| EMP. NO./DEPT. | EMPLOYEE NAME | SOCIAL SECURITY NO. | PERIOD BEG. | PERIOD END. | CHECK NO. |
|---|---|---|---|---|---|
| 00-0000443 | ROGERS, D | ###-##-7966 | 6.250 HR | 11/10/05 | 020558 |

| EARNINGS | HRS./UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Regular | 52.00 | 338.00 | 1,963.00 | Federal W/H | 20.12 | 92.80 |
| | | | | FICA | 20.96 | 121.72 |
| | | | | MEDICARE | 4.90 | 28.46 |
| | | | | AL State W/H | 10.40 | 59.08 |

| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y T D EARNINGS | Y T D DEDUCTIONS | Y T D NET PAY |
|---|---|---|---|---|---|---|
| | 338.00 | 56.38 | 281.62 | 1,963.00 | 302.06 |  |

**COMPLETE NURSING SERVICES, INC.**

02080

| EMP. NO./DEPT. | EMPLOYEE NAME | SOCIAL SECURITY NO. | PERIOD BEG. | PERIOD END. | CHECK NO. |
|---|---|---|---|---|---|
| 00-0000443 | ROGERS, D | ▆-▆-7966 | 6.250 HB | 12/22/05 | 020806 |

| EARNINGS | HRS./UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Regular | 50.00 | 325.00 | 2,884.88 | Federal W/H | 18.17 | 139.35 |
| | | | | FICA | 20.15 | 178.88 |
| | | | | MEDICARE | 4.71 | 41.82 |
| | | | | AL State W/H | 9.98 | 87.29 |

| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y T D EARNINGS | Y T D DEDUCTIONS | Y T D NET PAY |
|---|---|---|---|---|---|---|
| | 325.00 | 271.99 | 2,884.88 | | 53.01 | 447.34 |